IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: JEROME DOTTER, et al. | : : : : | |
| v. | : : | |
| MERCK & CO., INC., et al. | : : | CIVIL ACTION NO. 16-4686 |

FILED
OCT 24 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

PRETRIAL ORDER NO. 18

AND NOW, this 24th day of October, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of Chris and Pat Juday to intervene as parties in this action under Rule 24 of the Federal Rules of Civil Procedure (Doc. # 48) in order to modify the protective order entered in this action (Doc. # 19) is DENIED.

BY THE COURT:

_____ J.